IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STACY ADKINS,
FORMER WIFE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

CASE NO. 1D17-3612

v.

CLINT LOCKHART,
FORMER HUSBAND,

      Respondent.

_____/

Opinion filed September 1, 2017.

Petition for Writ of Prohibition -- Original Jurisdiction.

Elizabeth A. Haslett, Green Cove Springs, for Petitioner.

No appearance for Respondent.

PER CURIAM.

      The petition for writ of prohibition is denied.

MAKAR, OSTERHAUS, and WINOKUR, JJ., CONCUR.